UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, et al.,<br><br>Plaintiff<br><br>v.<br><br>CAPE JASMINE CT TRUST, et al.,<br><br>Defendants | Case No. 2:16-cv-00248-JAD-GWF<br><br>**Order Discharging Obligations under the Order to Show Cause Why this Case Should Not Be Dismissed for Want of Subject-matter Jurisdiction** |

Questioning the sufficiency of the citizenship allegations in the complaint, I ordered plaintiff to show cause why this case should not be dismissed for want of subject-matter jurisdiction. ECF No. 12. Plaintiff timely responded. *See* ECF No.13. Although plaintiff's response did not demonstrate to my satisfaction a basis for finding subject-matter jurisdiction, my closer review of the complaint reveals that plaintiff is challenging the constitutionality of NRS Chapter 116 and has thus presented a federal question on the face of the properly pleaded complaint that gives this court jurisdiction to hear this case. *See Hall v. N. Am. Van Lines, Inc*, 476 F.3d 683, 687 (9th Cir. 2007) ("The presence or absence of federal-question jurisdiction is governed by the 'well-pleaded complaint rule,' which provides that federal jurisdiction exists only when a federal question is presented on the face of the plaintiff's properly pleaded complaint."); ECF No.1 at 7–8.

Accordingly, with good cause appearing, IT IS HEREBY ORDERED that plaintiff's obligations under the order to show cause [ECF No. 12] are deemed to have been discharged.

Dated: April 20, 2016.

_____
Jennifer A. Dorsey
United States District Judge