GEISENDORF & VILKIN, PLLC
Charles L. Geisendorf, Esq. (6985)
2470 St. Rose Parkway, Suite 309
Henderson, Nevada 89074
Tel: (702) 873-5868
Email: charles@gvattorneys.com
Attorney for CAPE JASMINE CT TRUST

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC. ALTERNATIVE LOAN TRUST 2005-61 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-61,<br><br>Plaintiffs,<br>v.<br><br>CAPE JASMINE CT TRUST; ARBOR PARK COMMUNITY ASSOCIATION; DOES INDIVIDUALS 1-X; inclusive, and ROE CORPORATIONS 1-X, inclusive,<br><br>Defendants.<br><br>_____<br><br>CAPE JASMINE CT TRUST,<br><br>Counterclaimant,<br>v.<br><br>THE BANK OF NEW YORK MELLON,<br><br>Counterdefendant. | Case No.: 2:16-cv-00248-JAD-GWF<br><br><br><br><br><br>**Substitution of Attorney** |

The LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD., attorney of record for

CAPE JASMINE CT TRUST does hereby consent to the substitution of GEISENDORF &

VILKIN, PLLC, as attorney for CAPE JASMINE CT TRUST in the above-entitled matter in his place and stead.

Dated this 27 day of July, 2017.

LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD.

By: Michael F. Bohn, Esq.

GEISENDORF & VILKIN, PLLC, does hereby agree to be substituted in the place of the LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD., as attorney for CAPE JASMINE CT TRUST in the above-entitled matter.

Dated this 31 day of July, 2017.

GEISENDORF & VILKIN, PLLC

By: Charles L. Geisendorf, Esq.

CAPE JASMINE CT TRUST, consents to the substitution of GEISENDORF & VILKIN, PLLC, in place of the LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD., as its attorney of record.

Dated this 26 day of July, 2017.

CAPE JASMINE CT TRUST

By: Iyad "Eddie" Haddad

DATED: 8/4/2017     IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE