MICHAEL F. BOHN, ESQ.
Nevada Bar No.: 1641
mbohn@bohnlawfirm.com
ADAM R. TRIPPIEDI, ESQ.
Nevada Bar No. 12294
atrippiedi@bohnlawfirm.com
NIKOLL NIKCI, ESQ.
Nevada Bar No.: 10699
nnikci@bohnlawfirm.com
LAW OFFICES OF
MICHAEL F. BOHN, ESQ., LTD.
2260 Corporate Circle, Ste. 480
Henderson, Nevada 89074
(702) 642-3113/ (702) 642-9766 FAX

Attorney for Cape Jasmine Ct Trust

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC. ALTERNATIVE LOAN TRUST 2005-61 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-61,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CAPE JASMINE CT TRUST; ARBOR PARK COMMUNITY ASSOCIATION; DOES INDIVIDUALS 1-X; inclusive, and ROE CORPORATIONS 1-X, inclusive,<br><br>　　　　Defendants. | Case No.: 2:16-cv-00248-JAD-GWF |
| CAPE JASMINE CT TRUST,<br><br>　　　　Counterclaimant,<br><br>vs.<br><br>THE BANK OF NEW YORK MELLON,<br><br>　　　　Counterdefendant. | |

**SUBSTITUTION OF ATTORNEYS**

1

| | |
|---|---|
|1| Cape Jasmine Ct Trust, hereby substitutes Michael F. Bohn, Esq. of Law Offices of Michael |
|2| F. Bohn, Esq., Ltd., as its attorney in the above-entitled matter in place and stead of Charles L. |
|3| Geisendorf, Esq., of the law firm Geisendorf & Vilkin, PLLC. |

DATED this 30th day of July, 2018.

By:_____
    Iyad "Eddie" Haddad

MICHAEL F. BOHN, ESQ., does hereby agree to be substituted in the place of Charles L. Geisendorf, Esq., as attorney for Cape Jasmine Ct Trust, in the above entitled matter.

DATED this 30th day of July, 2018.

LAW OFFICES OF
MICHAEL F. BOHN, ESQ., LTD.


By:*/s/Michael F. Bohn, Esq./*
    Michael F. Bohn, Esq.
    Nevada Bar No. 1641
    2260 Corporate Circle, Suite 480
    Henderson, Nevada 89074


Charles L. Geisendorf, Esq., consents to the substitution of MICHAEL F. BOHN, ESQ. as attorney of record for Cape Jasmine Ct Trust.

DATED this 29th day of July, 2018.

GEISENDORF & VILKIN, PLLC


By:*/s/ Charles L. Geisendorf*
    Charles L. Geisendorf, Esq.
    Nevada Bar No. 6985
    2470 St. Rose Parkway, Suite 309
    Henderson, NV 89074

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 7/31/2018

2