UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2005-61 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-61,<br><br>Plaintiff,<br><br>v.<br><br>CAPE JASMINE CT TRUST; ARBOR PARK COMMUNITY ASSOCIATION; DOE INDIVIDUALS I-X, inclusive and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No. 2:16-CV-00248-JAD-EJY<br><br>**ORDER** |

Before the Court is Defendant Arbor Park Community Association's Request for Exemption (ECF No. 55). For good cause appearing,

IT IS HEREBY ORDERED that the Request for Exemption (ECF No. 55) is GRANTED. The Association's insurer shall be available by telephone during the entirety of the February 27, 2020 settlement conference.

DATED: February 10, 2020

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1