NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: natalie.winslow@akerman.com
Email: jamie.combs@akerman.com

*Attorneys for The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders CWALT, Inc. Alternative Loan Trust 2005-61 Mortgage Pass-Through Certificates, Series 2005-61*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC. ALTERNATIVE LOAN TRUST 2005-61 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-61,<br><br>                Plaintiff,<br>vs.<br><br>CAPE JASMINE CT TRUST; ARBOR PARK COMMUNITY ASSOCIATION; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>                Defendants. | Case No.: 2:16-cv-00248-JAD-GWF<br><br>**STIPULATION AND ORDER TO DISMISS CLAIMS BETWEEN BoNYM AND CAPE JASMINE CT. TRUST**<br><br>ECF No. 61 |
| CAPE JASMINE CT TRUST,<br><br>                Counterclaimant,<br>vs.<br><br>THE BANK OF NEW YORK MELLON,<br><br>                Counterdefendant. | |

51489724;1

The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders CWALT, Inc. Alternative Loan Trust 2005-61 Mortgage Pass-Through Certificates, Series 2005-61 (**BoNYM**), and Cape Jasmine Ct Trust (**Trust**), by and through their respective counsel of record, pursuant to the parties settlement agreement, hereby stipulate and agree that all claims between BoNYM and the Trust shall be dismissed with prejudice in accordance with Fed. R. Civ. P. 41(a)(2).

Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated this 15th day of July, 2020.

| **AKERMAN LLP** | **LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD.** |
|---|---|
| By: */s/ Jamie K. Combs*<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>JAMIE K. COMBS, ESQ.<br>Nevada Bar No. 13088<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders CWALT, Inc. Alternative Loan Trust 2005-61 Mortgage Pass-Through Certificates, Series 2005-61* | By: */s/ Michael F. Bohn*<br>MICHAEL F. BOHN, ESQ.<br>Nevada Bar No. 1641<br>2260 Corporate Circle, Suite 480<br>Henderson, NV 89074<br><br>*Attorneys for Cape Jasmine Ct Trust* |

**ORDER**

Based on the stipulation between the Bank of New York Mellon and Cape Jasmine Ct. Trust **[ECF No. 61]**, which I construe as a joint motion under Local Rule 7-1(c) because it was signed by fewer than all the parties or their attorneys, and with good cause appearing, IT IS HEREBY ORDERED that ALL CLAIMS by and between the Bank of New York Mellon and Cape Jasmine Ct. Trust are DISMISSED with prejudice, each side to bear its own fees and costs.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: July 20, 2020

51489724;1