NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: natalie.winslow@akerman.com
Email: jamie.combs@akerman.com

*Attorneys for The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders CWALT, Inc. Alternative Loan Trust 2005-61 Mortgage Pass-Through Certificates, Series 2005-61*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC. ALTERNATIVE LOAN TRUST 2005-61 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-61,<br><br>Plaintiff,<br><br>vs.<br><br>CAPE JASMINE CT TRUST; ARBOR PARK COMMUNITY ASSOCIATION; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 2:16-cv-00248-JAD-EJY<br><br>**STIPULATION AND ORDER TO DISMISS CLAIMS BETWEEN BoNYM AND ARBOR PARK COMMUNITY ASSOCIATION**<br><br>ECF No. 63 |
| CAPE JASMINE CT TRUST,<br><br>Counterclaimant,<br><br>vs.<br><br>THE BANK OF NEW YORK MELLON,<br><br>Counterdefendant. | |

52060878;1

The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders CWALT, Inc. Alternative Loan Trust 2005-61 Mortgage Pass-Through Certificates, Series 2005-61 (**BoNYM**), and Arbor Park Community Association (**Arbor Park**), by and through their respective counsel of record, pursuant to the settlement reached between the parties, hereby stipulate and agree that all claims between BoNYM and Arbor Park shall be dismissed with prejudice in accordance with Fed. R. Civ. P. 41(a)(2).

Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated this 17th day of July, 2020.

| AKERMAN LLP | LEACH KERN GRUCHOW ANSWER SONG |
|---|---|
| By: /s/ Jamie K. Combs<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>JAMIE K. COMBS, ESQ.<br>Nevada Bar No. 13088<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders CWALT, Inc. Alternative Loan Trust 2005-61 Mortgage Pass-Through Certificates, Series 2005-61* | By: /s/ Ryan W. Reed<br>SEAN L. ANDERSON, ESQ.<br>Nevada Bar No. 7259<br>RYAN W. REED, ESQ.<br>Nevada Bar No. 11695<br>2525 Box Canyon Drive<br>Las Vegas, NV 89128<br><br>*Attorneys for Arbor Park Community Association* |

## ORDER

Based on the stipulation between the Bank of New York Mellon and Arbor Park Community Association **[ECF No. 63]**, which terminates all remaining claims and parties in this case, and with good cause appearing, IT IS HEREBY ORDERED that THIS ACTION DISMISSED with prejudice, each side to bear its own fees and costs.  The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: July 20, 2020

52060878;1